SEALED



PHILIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16 CR 00169 DAD BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| OMAR GONZALEZ, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 27, 2016, charging the above defendant with: 21 U.S.C. § 841(a)(1)-Possession With Intent to Distribute Cocaine, and a criminal forfeiture allegation, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the findings of the Indictment or

any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant. This order is requested because the United States is concerned that release of the Indictment before arrest could lead the defendants to flee.

DATED: October 27, 2016          Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   October 27, 2016

_____
U.S. Magistrate Judge

Motion to Seal Indictment                    2