**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OMAR GONZALEZ VEGA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00169-DAD-BAM |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE; ORDER** |
| OMAR GONZALEZ, | |
| Defendant. | |

**TO:  THE HONORABLE JUDGE BARBARA A. McAULIFFE, AND TO ASSISTANT UNITED STATES ATTORNEY KIMBERLY A. SANCHEZ:**

Defendant, OMAR GONZALEZ VEGA, hereby waives his right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in his absence.

DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE

1    Defendant further acknowledges that he has been informed of his rights under

2    Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes his

3    attorney to set times and delays under the Act without Defendant being present.

4

5    Dated: December 15, 2016            */s/ Omar Gonzalez Vega*
                                          OMAR GONZALEZ VEGA
6

7                                         Respectfully submitted,

8    DATED:    December 13, 2016     By:  */s/Anthony P. Capozzi*
                                          ANTHONY P. CAPOZZI
9                                         Attorney for Defendant OMAR
                                          GONZALEZ VEGA
10

11

12

13                             **ORDER**

14

15   IT IS SO ORDERED.

16
     Dated:   **December 28, 2016**           /s/ Barbara A. McAuliffe
17                                       UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28